IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES J. SWAIN                                                                                                PLAINTIFF
#259133

V.                              CASE NO. 4:20-cv-00299 JM

JON R. SANFORD                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE