IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES J. SWAIN                                                                                    PLAINTIFF
#259133

V.                                         CASE NO.  4:20-cv-00299 JM

JON R. SANFORD                                                                                   DEFENDANT

## ORDER

Plaintiff James J. Swain's Motion to Alter Judgment (Doc. No. 12) is GRANTED; he has established his domicile was not in Arkansas before his incarceration in Michigan and therefore has established diversity jurisdiction.  Accordingly, this case is reopened.

Pursuant to federal law, courts screen *in forma pauperis* complaints. 28 U.S.C. § 1915(e).  Claims that are legally frivolous or malicious; that fail to state a claim for relief; or that seek money from a defendant who is immune from paying damages should be dismissed before the defendants are served.  *Id*.

For screening purposes, Swain states claims on which relief may be granted.  The Clerk of the Court is directed to prepare a summons for Defendant Jon R. Sanford.  The United States Marshal is directed to serve summons, a copy of the Complaint (Doc. No. 2), and a copy of this Order on Sanford without requiring prepayment of fees and costs or security.  Service should be attempted at the following address: 700 West "B" Street, Russellville, Arkansas 72811.

Swain's Motion for Hearing (Doc. No. 15) is denied as MOOT.

IT IS SO ORDERED this 7th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE