IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES J. SWAIN, #259133                                 PLAINTIFF

vs.                   CASE NO. 4:20-CV-299 JM

JON R. SANFORD                                       DEFENDANT

SAMUEL J. PERVIS                                 DEFENDANT

## NOTICE OF ORAL DEPOSITION OF JAMES SWAIN

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the Separate Defendant Jon R. Sanford will take the oral deposition of James Swain before an officer authorized by law to administer oaths on the following date and time and at the following location:

DATE & TIME: November 4, 2020, 10:00 a.m., or as further agreed by the parties

LOCATION: By Video Conference, Zoom, etc.

Plaintiff should be present at the Gus Harrison Correctional Facility,

2727 East Beecher Street, Adrian, Michigan 49221.

The oral deposition will be recorded by stenographic means, may be videotaped, and will continue from day to day until complete, adjourned, or continued, consistent with applicable rules.

Respectfully submitted,

_____
Jon R. Sanford
Attorney at Law
Jon R. Sanford, P. A.
P. O. Box 6111
Edmonds, WA 98026

Phone: 479-968-5400
Arkansas Bar No. 70063
Washington Bar No. 54557
jrsanford@suddenlinkmail.com

## CERTIFICATE OF SERVICE

I, Separate Defendant Jon R. Sanford, by my signature below, certify that I have mailed by U. S. First Class Mail, postage prepaid, the foregoing Notice of Deposition to <u>James J. Swain, #259133,</u> as well as the Warden of the Prison, and Renatta Swayse, all of the Michigan Department of Corrections, Gus Harrison Correctional Facility, 2727 E. Beecher St., Adrian, MI 49221, and Sam Pervis, 14953 So. Hwy. 59, Siloam Springs, AR 72761, or otherwise delivered a copy to them on the 13th day of October, 2020.

Jon Sanford