IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES J. SWAIN**  **PLAINTIFF**
**#259133**

V.  CASE NO. 4:20-cv-00299 JM

**JON R. SANFORD**, *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE